IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

TOBBIE L. ARNOLD, )
)
Plaintiff, )
)
v. ) CV 02-H-110-S
)
NAPH CARE, et.al., )
)
Defendants. )

FILED
02 JUL 23 PM 2:18
U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED
JUL 2 3 2002

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on June 7, 2002, recommending that the claims against all unnamed defendants, Naph Care, Lt. King, Capt. Rick Bird, Officer Bander and Officer Dee in this action filed pursuant to 42 U.S.C. § 1983 be dismissed for failure to state a claim upon which relief can be granted under 28 U.S.C. § 1915A(b). The magistrate judge further recommended that the cruel and unusual punishment claims against defendants Aphemuan, Myers and Bullard be referred to the magistrate judge for further proceedings thereon. Plaintiff was granted fifteen (15) days from the date of the report and recommendation to file objections to same. On June 24, 2002, at the plaintiff's request, the magistrate judge granted the plaintiff an additional fifteen (15) days to respond to the report and recommendation. No objections have been filed.

Moreover, on June 5, 2002, plaintiff informed the magistrate judge that he was no longer incarcerated. In response to same, on June 24, 2002, the magistrate entered an order to the plaintiff to show cause in writing why he should not be ordered to pay the remainder of the filing fee within ninety (90) days of the entry date of the order. Attached to said order was a blank Response to Order to Show Cause for the plaintiff to answer and return to the magistrate judge within fifteen (days) of the entry of the Order to Show Cause. Plaintiff was advised that unless he responded to said order

12

within the time period allotted, his action could be dismissed without further notice. The plaintiff has failed to comply with the order.

Having carefully reviewed and considered *de novo* all the materials in the court file related to all unnamed defendants, Naph Care, Lt. King, Capt. Rick Bird, Officer Bander and Officer Dee, including the report and recommendation, the Court is of the opinion that the magistrate judge's report regarding the aforementioned defendants is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint against all unnamed defendants, Naph Care, Lt. King, Capt. Rick Bird, Officer Bander and Officer Dee is due to be dismissed for failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915A(b).

The Court has also carefully reviewed and considered *de novo* all the materials in the court file related to defendants Aphemuan, Myers and Bullard. However, it is unnecessary for the Court render an opinion regarding the magistrate judge's report and recommendation because plaintiff has failed to comply with the magistrate judge's directive regarding payment of the filing fee upon notification of his release from incarceration. Accordingly, the complaint against defendants Aphemuan, Myers and Bullard is due to be dismissed for lack of prosecution.

An appropriate order will be entered.

DATED this 23rd day of July, 2002.

JAMES H. HANCOCK
SENIOR JUDGE